**IN THE UNITED STATES DISTRICT COURT**
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| ARMAND CESENA | * | |
| | * | |
| Plaintiff | * | |
| | * | |
| VS. | * | |
| | * | NO: 4:05CV00141 SWW |
| STEVE GRAY, a/k/a STEVE MUNN, | * | |
| JOHN DOE and JANE DOE, and other | * | |
| known and unknown legal entities | * | |
| | * | |
| Defendant | * | |

### ORDER

On July 5, 2005, the Court entered a judgment in this case, dismissing Plaintiff's claims brought pursuant to the Court's federal question jurisdiction, and dismissing Plaintiff's supplemental state law claims, without prejudice, pursuant to 28 U.S.C. §1367(c).

Now before the Court is Plaintiff's motion for relief from the judgment. Plaintiff requests that the Court amend the judgment "to refer the case to state court willing to accept it as matter of state law, since the statute of limitations in state court would otherwise have run." Docket entry #14, ¶3. The Court has no authority to refer this case to a state court. Accordingly, Plaintiff's motion for relief from judgment (docket entry #14) is DENIED.

IT IS SO ORDERED THIS 18th DAY OF JULY, 2005.


/s/Susan Webber Wright
CHIEF JUDGE
UNITED STATES DISTRICT COURT